UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                              )
IN RE YASMIN AND YAZ (DROSPIRENONE))          3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION              )          MDL No. 2100
_____   )
                                                                      ORDER

**This Document Relates to:**

**McCarty v. Bayer Corp., et al.**
**No. 3:10-cv-10470-DRH-PMF**

## ORDER

Plaintiff filed a motion to voluntarily dismiss her claims against Defendant Bayer Corporation (Doc. 13) and a motion to voluntarily dismiss her claims against Defendant Bayer HealthCare, LLC (Doc. 14) in the above-entitled cause, without prejudice pursuant to F.R.C.P. 41.  Presently, no answer or motion for summary judgment has been filed.  Accordingly the Court treats Plaintiff's motion for voluntary dismissal as a notice of voluntary dismissal pursuant to F.R.C.P. 41.  The Court hereby acknowledges Plaintiff's notice of voluntary dismissal without prejudice and directs the Clerk of the Court to terminate Defendants Bayer Corporation and Bayer HealthCare, LLC.

**SO ORDERED**

David R. Herndon
2010.11.29
14:59:49 -06'00'

**Chief Judge**
**United States District Court**                              Date  November 29, 2010