UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

**This Document Relates to:**

Jessica McCarty v. Bayer HealthCare Pharmaceuticals, Inc., et al. No. 3:10-cv-10470-DRH-PMF

**ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on Plaintiff's motion for leave to file first amended complaint (Doc. 17) for the purpose of removing allegations regarding Bayer Corporation and Bayer HealthCare, LLC (dismissed on November 29, 2010 (Doc. 16)). Plaintiff's motion is **GRANTED**. Further, the Court directs Plaintiff to file her amended complaint instanter.

**SO ORDERED**

David R. Herndon
2010.12.10
06:51:09 -06'00'

**Chief Judge**                                                                 Date:  December 10, 2010
**United States District Court**